# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAT ECK and SCOTT ECK,<br>Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>Defendant | )<br>)<br>)<br>)<br>) **Case No.: 5:13-CV-2127-ER**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ross S. Enders* | */s/ Craig Thor Kimmel* |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Attorney ID # 89840 | Attorney ID # 57100 |
| Sessions, Fishman, Nathan & Israel, LLC | Kimmel & Silverman, P.C. |
| 200 Route 31 North, Suite 203 | 30 E. Butler Pike |
| Flemington, NJ 08822 | Ambler, PA 19002 |
| Phone: (908) 751-5941 | Phone: (215) 540-8888 |
| Fax: (908) 751-5944 | Fax: (877) 788-2864 |
| Email: renders@sessions-law.biz | Email: kimmel@creditlaw.com |
| Attorney for Defendant | Attorney for the Plaintiff |
| Date: August 19, 2013 | Date: August 19, 2013 |

BY THE COURT:

_____

J.